**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:  DONALD STEVEN PARKS,<br><br>Debtor.<br><br>------------------------------<br><br>DONALD STEVEN PARKS,<br><br>Appellant,<br><br> v.<br><br>KIMBERLY J. HUSTED, Trustee,<br><br>Appellee. | No.    19-60009<br><br>BAP No. 18-1088<br><br>MEMORANDUM[*] |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Lafferty, Brand, and Spraker, Bankruptcy Judges, Presiding

Submitted June 2, 2020[**]

Before:     LEAVY, PAEZ, and BENNETT, Circuit Judges.

Chapter 7 debtor Donald Steven Parks appeals pro se from the Bankruptcy

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Appellate Panel's ("BAP") judgment affirming the bankruptcy court's order granting Parks a discharge. We have jurisdiction under 28 U.S.C. § 158(d). We affirm.

In the opening brief, Parks fails to address how the bankruptcy court erred in granting him a discharge. As a result, Parks has waived any challenge to the bankruptcy court's order. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We review only issues which are argued specifically and distinctly in a party's opening brief.").

Parks's request for fees and costs, set forth in his opening brief, is denied.

**AFFIRMED.**

19-60009